612

Emanuel BUTLER, Emanuel Butler, Jr., t/d/b/a Butler Coal Company, Cavalier Coal Company, Inc., Plaintiffs v. UNITED MINE WORKERS OF AMERICA INTERNATIONAL UNION, District No. 2, United Mine Workers of America, et al., Defendants.

Civ. No. 10042.

United States District Court,
W. D. Pennsylvania.

June 23, 1952.

Sherman T. Rock, Clifford A. Weisel, Paul, Lawrence & Rock, Pittsburgh, Pa., Frank A. Whitsett, Clearfield, Pa., for plaintiffs.

Samuel Krimsly, Albert C. Shapira, Pittsburgh, Pa., for defendants.

STEWART, District Judge.

This case is before the Court on plaintiffs' motion to remand to the Court of Common Pleas of Blair County, Pennsylvania.

A similar motion has been presented to and considered by this Court in the case of Walker v. United Mine Workers of America, D.C., 105 F.Supp. 608, and the decision in that case, filed this day, governs here and requires a granting of the plaintiffs' motion to remand.